BEFORE THE FIRST DIVISION, MARCH 30, 1945

**No. 50083.**—Protests 8666–K, etc., of Anco Import Corp. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the beads in question are similar in all material respects to those the subject of *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867), certain of the items were

held dutiable at 35 percent under paragraph 1503 and others at 20 percent under the same paragraph as modified by T. D. 49458. The protests were sustained to this extent.